# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| JESSE ACKLES, individually and on behalf of all others similarly situated, ) ) ) Plaintiff, ) ) ) vs. ) ) ) H & R ACCOUNTS, INC. d/b/a AVADYNE HEALTH., ) ) ) Defendant. ) | Case No. 19-cv-8175<br><br>Hon. John R. Blakey<br>Magistrate Judge Jeffery Gilbert<br><br><u>Jury Demanded</u> |

## STIPULATION OF DISMISSAL BETWEEN PLAINTIFF AND DEFENDANT

**IT IS HEREBY STIPULATED AND AGREED** to by Plaintiff and Plaintiff's attorney and Defendant and their attorneys, that pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, all individual claims of Plaintiff against Defendant in this matter shall be and are hereby dismissed with prejudice and the class claims to be dismissed without prejudice, with each side to bear its own fees and costs.

**Dated: August 10, 2020**

Respectfully submitted,

By: <u>/s/ Michael W. Drew</u>    /s/ David Mitchell Poell

**Michael W. Drew**
Neighborhood Legal LLC
20 N. Clark Suite 3300
Chicago, IL 60602
Ph: (312) 967-7220
mwd@neighborhood-legal.com

*Attorney for Plaintiff*

**David Mitchell Poell**
Sheppard, Mullin, Richter & Hampton, LLP
70 West Madison Street, Suite 4800
Chicago, IL 60602
(312) 499-6300
Email: DPoell@sheppardmullin.com

*Attorney for Defendant*